JACK GREENFIELD, PLAINTIFF-RESPONDENT, v. ROBERT DUSSEAULT, DEFENDANT-APPELLANT.

Argued June 7, 1960—Decided June 13, 1960.

*Mr. John J. O'Donnell* argued the cause for the appellant (*Messrs. Egan, O'Donnell & Hanley,* attorneys).

*Mr. Sam Weiss* argued the cause for the respondent (*Mr. Jacob Siegal,* attorney).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed in the majority opinion of Judge Freund in the court below.

BURLING, J., concurring in result.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.